HERBERT O'CONNOR, Suing on Behalf of Himself and All Other Members of Mutual Ticket Agents Local No. 23293, A. F. of L., Similarly Situated, Respondents, v. GERRIT S. HUDSON et al., Appellants, et al., Defendants.— In an action to restrain the use of union funds for the defense of certain officers and a member thereof indicted for the crimes of extortion, coercion and conspiracy, and for other relief, the appeal is from an order granting respondents' motion for an injunction *pendente lite* and denying appellants' motion to dismiss the complaint for insufficiency. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

■

PENATAQUIT ASSOCIATION, INC., et al., Respondents-Appellants, v. VERN L. FURMAN et al., Constituting the Town Board of the Town of Islip et al., Respondents; BAYSLIP REALTY CORP., Defendant, and MABEL D. SANDS, Appellant-Respondent.— Action by an association of neighboring property owners and by several of the property owners individually for a judgment declaring unconstitutional and void changes of zone from residence to business by the town board of the Town of Islip, Suffolk County, with respect to property owned by defendants Sands and Bayslip Realty Corp. Defendant Sands appeals from an order denying her motion to vacate the notice of pendency of action or to require plaintiffs to file an undertaking, and plaintiffs appeal from an order dismissing the complaint as to the defendant Sands, pursuant to rule 106 of the Rules of Civil Practice for insufficiency. Order denying motion to vacate notice of pendency and for other relief affirmed, with $10 costs and disbursements. No opinion. Order dismissing the complaint reversed, with $10 costs and disbursements, and motion to dismiss denied, with $10 costs. The factual allegations in support of the conclusions alleged in the complaint that the amendment constituted " spot zoning " and is illegal are sufficient. (*Buckley* v. *Fasbender*, 281 App. Div. 985; *Rodgers* v. *Village of Tarrytown*, 302 N. Y. 115.) The determination in *Penataquit Assn.* v. *Furman* (283 App. Div. 875) was made pursuant to a motion for summary judgment, as distinguished from the present motion which merely treats of the sufficiency of the complaint on its face. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur. [204 Misc. 960.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN KOTLER, Appellant.— Defendant appeals from an order of the County Court, Queens County, denying his motion in the nature of a writ of error *coram nobis* to vacate a judgment of said court convicting him of the commission of certain crimes, upon verdict of a jury, and for further incidental relief. Order affirmed. No opinion. Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur.